| | | | |
|---|---|---|---|
| AUSA: | Blake Hatlem | Telephone: | (313) 226-9613 |
| Special Agent: | Jeff Sokolowski | Telephone: | (313) 965-2323 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Shawn Monte Hickman | Case No. | Case: 2:22–mj–30387<br>Assigned To : Unassigned<br>Assign. Date : 9/12/2022<br>Description: RE: SEALED MATTER (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 24, 2022** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Felon in posession of a firearm and ammunition |
| 18 USC § 924(c)(1)(A) | Use of a firearm during and in relation to a crime of violence |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jeff Sokolowski
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 12, 2022

_____
*Judge's signature*

City and state: Detroit, MI

David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jeff Sokolowski, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since March of 2009. I am currently assigned to the FBI Detroit Division Violent Crime Task Force ("VCTF"). As an FBI Special Agent, I have conducted or assisted in numerous investigations of federal and state violations, including crimes of violence and firearms.

2. The statements contained in this Affidavit are based on my experience and background as an FBI Special Agent and on information provided by police officers, other agents of the FBI, and other law enforcement personnel, as well as communications with others who have personal knowledge of the events and circumstances described herein.

3. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. I am currently investigating Shawn Monte HICKMAN, date of birth xx/xx/1998, for violations of federal law, including felon in possession of firearms/ammunition, in violation of 18 U.S.C. § 922(g)(1), and use of a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A).

5. I have conducted a computerized criminal history check (CCH) for HICKMAN which revealed HICKMAN has been convicted of the following felony offenses:

    4/4/2022 – Assault with intent to Commit Great Bodily Harm Less than Murder or by Strangulation (3rd Circuit - Michigan).

    4/4/2022 – Felony Weapons - Taser Possession  (3rd Circuit – Michigan).

    6/13/2018 – Criminal Sexual Conduct Fourth Degree (three counts of conviction), (3rd Circuit – Michigan).

6. For each of the above-described convictions, HICKMAN was subject to a term of imprisonment in the Michigan Department of Corrections (MDOC) for at least one year and is currently on MDOC probation until April 4, 2025.  Therefore, there is probable cause that HICKMAN knew he was convicted of a felony offense punishable by more than one year of imprisonment prior to the following offense date of August 16, 2022.

7. Shawn Monte HICKMAN is a convicted felon and therefore prohibited from possessing firearms.

8. HICKMAN is also subject to a mental health order dated November 15, 2017, and is prohibited from purchasing a pistol or obtaining a license to carry a pistol concealed.

9. Moreover, HICKMAN is classified as a sexual offender as a result of his 2019 conviction for Criminal Sexual Conduct- 4th Degree. Per the Michigan Law Enforcement Information Network (LEIN) HICKMAN is a noncompliant sexual offender.

## PROBABLE CAUSE

10. On August 16, 2022, at approximately 9:28pm, Officers with the Detroit Police Department responded to the location of Grand River Avenue and Lahser Road for a shots fired in progress. While on scene investigating, the Officers were flagged down near an alley behind the Family Dollar store at 22200 Grand River Avenue and located an adult black male victim who was alert and responsive.

11. The victim advised he was sitting on the west side of the street between Willmarth Street and Santa Clara Avenue on Lahser Road, when an unknown black male approached him on foot, firing multiple shots at him.

The victim was shot two times in the left leg. The victim was later transported to the hospital.

12. As the investigation continued, Officers determined the location across the street from the shooting, Redford Minimart, 17444 Lahser Road, had camera footage of the suspect before and after he shot the victim.

**Exhibit 1: Map of area of shooting on 08/16/2022**



13. The suspect was a black male wearing a black du-rag, black Nike sweatshirt with red Nike logo, blue shorts, and blue slides. Camera footage from the Redford Minimart was obtained by the Detroit Police Department, which contains video of the suspect soon before the shooting, and is represented by the still shots below:

**Exhibit 2: Still shot of HICKMAN outside of the Redford Minimart at approximately 9:26:18pm on 08/16/2022**



**Exhibit 3: Still shot of HICKMAN inside of the Redford Minimart at approximately 9:26:58pm on 08/16/2022**



**Exhibit 4:** Close up of still shot of HICKMAN inside of the Redford Minimart at approximately 9:26:58pm on 08/16/2022



**Exhibit 5:** Close up of still shot of HICKMAN in parking lot after exiting the Redford Minimart at approximately 9:27:04 on 08/16/2022



**Exhibit 6:** Close up of still shot of HICKMAN walking through parking lot at approximately 9:27:36pm on 08/16/2022



**Exhibit 7: Still shot of HICKMAN walking in middle of Lahser Road at approximately 9:27:44pm on 08/16/2022**



**Exhibit 8: Still shot of HICKMAN with arm up and muzzle flash from firearm at approximately 9:27:51pm on 08/16/2022**



Exhibit 9: Close up of still shot of HICKMAN with arm up and muzzle flash from firearm at approximately 9:27:51pm on 08/16/2022



14. On August 24, 2022, Michigan Department of Corrections (MDOC) Task Force Officer (TFO) Michelle Glazer, assigned to the FBI Violent Crime Task Force, contacted MDOC Probation Agent Tracy MacLachlan via email. TFO Glazer sent Agent MacLachlan surveillance still shots of HICKMAN, consistent with those above, and inquired whether she recognized the person in the still shots. TFO Glazer reported Agent MacLachlan called her six minutes after sending the still shots and advised after opening the first picture she immediately recognized the individual as HICKMAN.

15. On September 8, 2022, HICKMAN failed to report to probation.

16. On September 9, 2022, HICKMAN failed to attend a court ordered mental health intake appointment at DMC Ardmore.

## Conclusion

17. Based on the above information, probable cause exists to believe that HICKMAN, a previously convicted felon, knowing that he was previously convicted of an offense punishable by more than one year of imprisonment, knowingly possessed a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1). Probable cause also exists to believe that HICKMAN used a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A).

Respectfully submitted,

_____
Jeff Sokolowski, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

September 12, 2022